UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REFUGIO ESCAMILLA CALZADA,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | Case No.  2:26-cv-01307-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION TO DISMISS AND MAKING PREVIOUSLY GRANTED INJUNCTIVE RELIEF PERMANENT<br><br>(Doc. Nos. 1, 8, 9) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 16, 2026, the magistrate judge issued findings and recommendations recommending that the petition be granted which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (Doc. No. 8.)  On April 23, 2026, respondents filed objections to the pending findings and recommendations as well as a motion to dismiss.  (Doc. Nos. 9, 10.)

In their objections and motion, respondents argue that petitioner has already filed a habeas petition in Case No. 2:26-cv-01223-JLT-EPG and that the court in that case "had already granted Petitioner relief" on April 14, 2026.  (Doc. Nos. 9 at 2; 10 at 2.)  However, subsequent to those

1

filings, the judgment in No. 2:26-cv-01223-JLT-EPG was vacated and that petition dismissed as duplicative in light of the undersigned already granting injunctive relief in the above-captioned case on April 7, 2026.  No. 2:26-cv-01223-JLT-EPG, Doc. No. 8.  Accordingly, petitioner has not received final habeas relief as respondents contend.  The court therefore rejects respondents' argument as advanced in their objections and motion to dismiss.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 16, 2026 (Doc. No. 8) are ADOPTED in full;

2. The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3. Respondents' motion to dismiss (Doc. No. 9) is DENIED;

4. The preliminary injunctive relief previously granted (Doc. No. 7) is now made permanent; and

5. The Clerk of Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2